FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

'06 JAN 12 P4:18

RALPH L. DELOACH
CLERK
_____ DEPUTY
AT WICHITA, KS.

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Criminal Action |
| v. | No. 06-10015-01-DWB |
| KENNETH KRUSE, | |
| Defendant. | |

## INFORMATION

The United States Attorney charges:

### Count 1

Beginning on or about June 10, 2003 and continuing through on or about January 21, 2004, in the District of Kansas,

**KENNETH KRUSE,**

the defendant herein, did knowingly and intentionally make a false entry, or aided and abetted another who made a false entry into the books and records of a labor organization, that is the Sheet Metal Workers Local 29, Wichita, Kansas.

In violation of Title 29, United States Code, Section 439(c).

ERIC F. MELGREN
United States Attorney

LANNY D. WELCH
Assistant U.S. Attorney
1200 Epic Center
301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S.Ct. No. 13267